1  LUPE MARTINEZ, CSB 49620
   Attorney at Law
2  3564 Juergen Drive
   San Jose, California 95121
3  Telephone: (408) 531-9239
   FAX: (408) 531-9811
4  Cell: (925) 783-6401
   martinez-luna@sbcglobal.net
5
   Counsel for Defendant
6  Donald B. Ostrom

**FILED**

2006 NOV 15 P 3:51

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

7
8           IN THE UNITED STATES DISTRICT COURT
9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11 | UNITED STATES OF AMERICA,        ) No. 02-20120-JF (RS)
   |                                  )
12 |         Plaintiff,                ) STIPULATION RE: EXONERATION
   |                                  ) OF BOND AND RECONVEYANCE OF
13 | vs.                               ) REALTY; [PROPOSED] ORDER
   |                                  )
14 | DONALD R. OSTROM, aka Donald R.   )
   | Ostrum                            ) **Honorable Richard J. Seeborg**
15 |                                  ) United States Magistrate-Judge
   |         Defendant.                )

16 _____

17      Defendant and the government here by stipulate as follows

18 I, Lupe Martinez, declare:

19      1. On August 20, 2002, Mr. Donald Ostrom made his initial appearance before

20 U.S. Magistrate-Judge Richard Seeborg in the Northern District of California.

21      3. On December 19, 2002, Magistrate-Judge Richard Seeborg set bail at

22 $400,000.00 secured by real property.  Attached hereto as **Exhibit 1** is a copy of the

23 Conditions of Release and Appearance.

24      4. On December 20, 2002, Magistrate-Judge Richard Seeborg signed the

25 conditions of release after two deeds of trust for two properties were recorded with the

26 Santa Clara County Recorder with Richard W. Wieking, Clerk of the U.S. District Court,

Stipulation re: Exoneration of Bond and
Reconveyance of Property                     1

1  as beneficiary

2      a.    15 Whittlier Street, San Jose, California 95035, APN # 022-25-005 (Book 5). A copy of the Short Form Deed of Trust, Santa Clara County Recorder Document No. 16644418 in the amount of $600,000.00 recorded November 26, 2002, with John Lunetta and Nancy Patterson as Trustors is attached as **Exhibit 2.**

7      b.    108 North 26th Street, San Jose, California 95116, APN 3 467-09-003, Bookof Maps (N) at page 70. A copy of the Short Form Deed of Trust, Santa Clara County Recorder Document No. 166644417 in the amount of $600,000.00 recorded November 26, 2002, with Barbara Allen as Trustor is attached as **Exhibit 3.**

12  5. On October 6, 2005, Mr. Ostrom was found in violation of conditions of pre-trial release and remanded to the custody of the US Marshals pending sentencing.

14  6. The next appearance set is a Status Conference on November 29, 2006 at 9:00 a.m.

16  7. The parties stipulate to issuance of the attached order exonerating the above bonds and reconveyance of the properties.

Dated: November  /4  , 2006

                                          LUPE MARTINEZ
                                          Attorney for Defendant Donald Ostrom

Dated: November  14  , 2006

                                          JOHN GLANG
                                          Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND**

| DATE | CASE NUMBER |
|---|---|
| | |

| NAME OF DEFENDANT | ADDRESS OF DEFENDANT | TELEPHONE NUMBER |
|---|---|---|
| | | |

| NAME OF SURETY | RELATIONSHIP TO DEFENDANT | ADDRESS OF SURETY | TELEPHONE NUMBER |
|---|---|---|---|
| | | | |

| NAME OF CUSTODIAN | RELATIONSHIP TO DEFENDANT | ADDRESS OF CUSTODIAN | TELEPHONE NUMBER |
|---|---|---|---|
| | | | |

| AMOUNT OF BOND | ☐ UNSECURED | ☐ SECURED BY | ☐ DEPOSIT RECEIVED / RECEIVED FROM. | OTHER SECURITY POSTED / TO BE POSTED BY | TIME/DATE OF NEXT APPEARANCE | COURTROOM |
|---|---|---|---|---|---|---|
| $ | | $ | | | | |

## CONDITIONS OF RELEASE AND APPEARANCE

Defendant is subject to each condition checked:

- ☒ Defendant shall appear at all proceedings as ordered by the Court and shall surrender for service of any sentence imposed.
- ☒ Defendant shall not commit any federal, state, or local crime.
- ☒ Defendant shall not harrass, threaten, intimidate, injure, tamper with, or retaliate against any witness, victim, informant, juror, or officer of the Court, or o any criminal investigation. See 18 U.S.C. 1503, 1510, 1512, and 1513, on reverse side.
- ☐ Defendant shall not travel outside the Northern District of California, that is, these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma. See map on reverse side.
- ☐ Defendant shall report in person immediately upon release and thereafter as directed to Pretrial Services in ______ See addresses and telephone numbers on reverse side.
- ☐ Defendant shall surrender all passports and visas to the Court by ______ and shall not apply for any passports or other travel docu
- ☐ Defendant shall not possess any firearm, destructive device, or other dangerous weapon.
- ☐ **Defendant shall remain in the custody of custodian** ______ at ______ who agrees to supervise him/her and to report any violation of a release condition to Pretrial Services. If the custodian fails to do so, he/she will be pros for contempt of court.
- ☐ Defendant shall participate in (drug) (alcohol) (psychiatric) counseling, and submit to (drug) (alcohol) testing, as directed by Pretrial Services.
- ☐ Defendant shall not use alcohol to excess and shall not use or possess any narcotic or other controlled substance without a legal prescription.
- ☐ Defendant shall maintain current employment, or if unemployed shall seek and maintain verifiable employment.
- ☐ Defendant shall submit to a warrantless search of his/her person, place of residence and vehicle at the direction of Pretrial Services.
- ☐ Defendant shall comply with the following curfew: ______ to ______
- ☐ Defendant shall have no contact with any co-defendant out of the presence of counsel.
- ☐ Defendant shall not change residence without prior approval of Pretrial Services.
- ☐ The following conditions also apply:

## CONSEQUENCES OF DEFENDANT'S FAILURE TO OBEY CONDITIONS OF RELEASE

Payment of the full amount of this bond shall be due forthwith, and all cash or property posted to secure it shall be forfeited. Judgment may be entered a executed against defendant and all sureties jointly and severally.

An arrest warrant for defendant shall issue immediately, and defendant may be detained without bail for the rest of the proceedings.

Defendant shall be subject to consecutive sentences and fines for failure to appear and/or for committing an offense while on release. See 18 U.S.C. 3 3147, on reverse side.

We, the undersigned, have read and understand the terms of this bond and acknowledge that we are bound by it until duly exonerated.

| | |
|---|---|
| SIGNATURE OF DEFENDANT | SIGNATURE(s) OF SURETY(ies) |
| SIGNATURE OF CUSTODIAN | |
| THIS ORDER AUTHORIZES THE MARSHAL TO RELEASE DEFENDANT FROM CUSTODY. | SIGNATURE OF MAGISTRATE JUDGE |

2. RECEIPT - YELLOW COPY

```
AND WHEN RECORDED MAIL THIS DEED AND, UNLESS
OTHERWISE SHOWN BELOW, MAIL TAX STATEMENT TO:
```

NAME Nancy Patterson
STREET ADDRESS 15 Whittier St.
CITY, STATE & ZIP CODE Milpitas, CA 95035

TITLE ORDER NO. ___ ESCROW NO. ___

**ENDORSED COPY**

| | |
|---|---|
| DOCUMENT: 16644418 | Titles 2 / Pages |
| *0016644418* | Fees 25.00 |
| | Taxes |
| | Copies 8.0 |
| | AMT PAID 33.0 |
| BRENDA DAVIS | RDE # 01 |
| SANTA CLARA COUNTY RECORDER | 11/26/20 |
| Recorded at the request of | 12:45 PM |
| Recording Service | |

SPACE ABOVE THIS LINE FOR RECORDER'S USE

**SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS (With Future Borrowing Clause)**
incorporating by reference certain provisions of a fictitious deed of trust of record

**This Deed of Trust,** Made this 25th day of November 2002, between

John Lunetta & Nancy Patterson                    herein called TRUSTOR

whose address is 15 Whittier St., San Jose, CA 95035
                 (Number and Street)    (City)    (State) (Zip)

Downey Savings & Loan                             herein called TRUSTEE, and
Richard W. Wieking, US District Court             herein called BENEFICIARY

**WITNESSETH:** That Trustor IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS TO TRUSTEE IN TRUST, WITH POWER OF SALE, the

property in Santa Clara                           County, California, described as

All that certain real property situated in the City of Milpitas, County of Santa Clara described as follows: Lot 51 as shown on the certain map of tract No. 1366 which map was filed for the record in the Office of the Recorder of the County of Santa Clara, State of California on November 3, 1954 in Book 53 of Maps, page 18, APN#022-25-005 (Book 53)

TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon Beneficiary by paragraph (10) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits.
For the Purpose of Securing: 1. Performance of each agreement of Trustor incorporated by reference or contained herein. 2. Payment of the indebtedness evidenced by one promissory note of even date herewith, and any extension or renewal thereof, in the principal sum of $ **600,000.00** executed by Trustor in favor of Beneficiary or order. 3. Payment of such further sums as the then record owner of said property hereafter may borrow from Beneficiary, when evidenced by another note (or notes) reciting it is so secured.
To protect the Security of This Deed of Trust, Trustor Agrees: By the execution and delivery of this Deed of Trust and the note secured hereby, that provisions (1) to (14), inclusive, of the fictitious deed of trust recorded June 1, 1953, in the book and at the page of Official Records in the office of the county recorder of the county where said property is located, noted below opposite the name of such county, viz.:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 7043 | 119 | Kings | 558 | 124 | Placer | 629 | 311 | Sierra | 6 | |
| Alpine | G | 65 | Lake | 235 | 108 | Plumas | 64 | 277 | Siskiyou | 315 | 1 |
| Amador | 52 | 393 | Lassen | 90 | 305 | Riverside | 1477 | 255 | Solano | 670 | 2 |
| Butte | 675 | 4 | Los Angeles | 41866 | 80 | Sacramento | 2420 | 317 | Sonoma | 1210 | 6 |
| Calaveras | 81 | 369 | Madera | 582 | 315 | San Benito | 196 | 295 | Stanislaus | 1154 | 4 |
| Colusa | 198 | 142 | Marin | 808 | 420 | San Bernardino | 3179 | 87 | Sutter | 397 | 2 |
| Contra Costa | 2133 | 208 | Mariposa | 43 | 242 | San Diego | 4874 | 512 | Tehama | 244 | 3 |
| Del Norte | 37 | 241 | Mendocino | 345 | 92 | San Francisco | 6165 | 282 | Trinity | 52 | 1 |
| El Dorado | 325 | 506 | Merced | 1110 | 55 | San Joaquin | 1528 | 314 | Tulare | 1679 | 1 |
| Fresno | 3313 | 673 | Modoc | 109 | 221 | San Luis Obispo | 712 | 43 | Tuolumne | 62 | |
| Glenn | 295 | 536 | Mono | 30 | 343 | San Mateo | 2425 | 243 | Ventura | 1137 | 1 |
| Humboldt | 252 | 449 | Monterey | 1458 | 561 | Santa Barbara | 1156 | 1 | Yolo | 395 | 3 |
| Imperial | 862 | 639 | Napa | 415 | 331 | Santa Clara | 2627 | 445 | Yuba | 179 | 2 |
| Inyo | 103 | 83 | Nevada | 186 | 337 | Santa Cruz | 916 | 153 | | | |
| Kern | 2070 | 417 | Orange | 2512 | 500 | Shasta | 402 | 1 | | | |

(which provisions, identical in all counties, are printed on pages 3 & 4 hereof) hereby are adopted and incorporated herein and made a part hereof as fully though set forth herein at length; that he will observe and perform said provisions; and that the references to property, obligations, and parties in provisions shall be construed to refer to the property, obligations, and parties set forth in this Deed of Trust.
The undersigned Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to him at his address hereinbefore set forth.

(Signature of Trustor)   *John Lunetta*
                          *Nancy Patterson*

MAIL TAX STATEMENTS TO: ___

WOLCOTTS FORM 822 - rev. 4-94b (price class 2C)   © 1994 WOLCOTTS FORMS,
**SHORT FORM DEED OF TRUST**
Before you use this form, fill in all blanks, and make whatever changes are appropriate and necessary to your particular transaction. Consult a lawyer if in doubt the form's fitness for your purpose and use. Wolcotts makes no representation or warranty, express or implied, with respect to the merchantability or fitness of this form for an intended use or purpose.

RECORD PAGES 1 & 2 ONLY, Page 1 of 4

*Exhibit 2*

AND WHEN RECORDED MAIL THIS DEED AND, UNLESS OTHERWISE SHOWN BELOW, MAIL TAX STATEMENT TO:

NAME: Barbara Allen
STREET ADDRESS: 108 N. 26th Street
CITY, STATE & ZIP CODE: San Jose, CA 95116

DOCUMENT: 16644417



**ENDORSED COPY**

BRENDA DAVIS
SANTA CLARA COUNTY RECORDER
Recorded at the request of
Recording Service

Titles 2/
Fees
Taxes
Copies
AMT PAID

SPACE ABOVE THIS LINE FOR RECORDER'S USE

**SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS** (With Future Borrowing C
incorporating by reference certain provisions of a fictitious deed of trust of record

This Deed of Trust, Made this    25th    day of November, 2002

Barbara Allen                                                                 herein cal
whose address is 108 N. 26th Street, San Jose, CA 95116
                  (Number and Street)           (City)              (State)

Washington Mutual, Inc.                                                       herein called
Richard W. Wieking, US District Court                                         herein called

WITNESSETH: That Trustor IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS TO TRUSTEE IN TRUST, WITH POWE

property in   Santa Clara                                          County, California,

All that certain real property situated in the county of Santa
of California, described as follows: City of San Jose, All of
8 as shown upon that certain map entitled "map of Garden Tract"
filed for record in the Office of the Recorder of the COunty of
State of California on August 27, 1887 in Book of Maps (N) at p
APN# 467-09-003

TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon Bene
(10) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits.
For the Purpose of Securing: 1. Performance of each agreement of Trustor incorporated by reference or contained herein. 2. Payment of the inde
by one promissory note of even date herewith, and any extension or renewal thereof, in the principal sum of $ 600,000.00
in favor of Beneficiary or order. 3. Payment of such further sums as the then record owner of said property hereafter may borrow from Benefici
by another note (or notes) reciting it is so secured.
To protect the Security of This Deed of Trust, Trustor Agrees: By the execution and delivery of this Deed of Trust and the note secured hereby
to (14), inclusive, of the fictitious deed of trust recorded June 1, 1953, in the book and at the page of Official Records in the office of the co
county where said property is located, noted below opposite the name of such county, viz:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY |
|---|---|---|---|---|---|---|---|---|---|
| Alameda | 7043 | 119 | Kings | 558 | 124 | Placer | 629 | 311 | Sierra |
| Alpine | G | 65 | Lake | 235 | 108 | Plumas | 64 | 277 | Siskiyou |
| Amador | 52 | 393 | Lassen | 90 | 305 | Riverside | 1477 | 255 | Solano |
| Butte | 675 | 4 | Los Angeles | 41866 | 80 | Sacramento | 2420 | 317 | Sonoma |
| Calaveras | 81 | 369 | Madera | 582 | 315 | San Benito | 196 | 295 | Stanislaus |
| Colusa | 198 | 142 | Marin | 808 | 420 | San Bernardino | 3179 | 87 | Sutter |
| Contra Costa | 2133 | 208 | Mariposa | 43 | 242 | San Diego | 4874 | 512 | Tehama |
| Del Norte | 37 | 241 | Mendocino | 345 | 92 | San Francisco | 6165 | 282 | Trinity |
| El Dorado | 325 | 506 | Merced | 1110 | 55 | San Joaquin | 1528 | 314 | Tulare |
| Fresno | 3313 | 673 | Modoc | 109 | 221 | San Luis Obispo | 712 | 43 | Tuolumne |
| Glenn | 295 | 536 | Mono | 30 | 343 | San Mateo | 2425 | 243 | Ventura |
| Humboldt | 252 | 449 | Monterey | 1458 | 561 | Santa Barbara | 1156 | 1 | Yolo |
| Imperial | 862 | 639 | Napa | 415 | 331 | Santa Clara | 2627 | 445 | Yuba |
| Inyo | 103 | 83 | Nevada | 186 | 337 | Santa Cruz | 916 | 153 | |
| Kern | 2070 | 417 | Orange | 2512 | 500 | Shasta | 402 | 1 | |

(which provisions, identical in all counties, are printed on pages 3 & 4 hereof) hereby are adopted and incorporated herein and made a pa
though set forth herein at length, that he will observe and perform said provisions; and that the references to property, obligations,
provisions shall be construed to refer to the property, obligations, and parties set forth in this Deed of Trust.
   The undersigned Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to him at his addr
forth

                                                                          Signature of Trustor

MAIL TAX
STATEMENTS
TO:                                                                       Barbara M All
                                                                          BARBARA M AIL

WOLCOTTS FORM 822 - rev. 4-94b (price class 2C)                           ©1994 WOL
SHORT FORM DEED OF TRUST
Before you use this form, fill in all blanks, and make whatever changes are appropriate and necessary to your particular transaction. Con
doubt the form's fitness for your purpose and use. Wolcotts makes no representation or warranty, express or implied, with respect to the merc
of this form for an intended use or purpose.

EXHIBIT 3         RECORD PAGES 1 & 2 ONLY, Page 1 of 4