FILED

2006 NOV 15 P 3: 50

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 02-20120-JF (RS) |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| vs. | |
| DONALD R. OSTROM, aka Donald R. Ostrum | |
| Defendant. | |

The Court has considered the stipulation of counsel to exonerate the bond set in the above case and to order reconveyance of the real property posted as security for the bond, and

GOOD CAUSE APPEARING,

IT IS ORDERED that the bond set on December 20, 2002, Magistrate-Judge Richard Seeborg in the above-entitled case is hereby exonerated.

IT IS FURTHER ORDERED that the Clerk of the Court for the Northern District of California shall forthwith reconvey the property at 15 Whittlier Street, San Jose, California 95035, APN # 022-25-005 (Book 5) to John Lunetta and Nancy Patterson.

IT IS FURTHER ORDERED that the Clerk of the Court for the Northern District of California shall forthwith reconvey the property at 108 North 26th Street, San Jose, California 95116, APN 3 467-09-003, Bookof Maps (N) at page 70 to Barbara Allen.

Dated: November 15, 2006

HONORABLE RICHARD SEEBORG
United States Magistrate-Judge

Order re: Exoneration of Bond and Reconveyance of Property

1